James F. Basile (SBN 228965)
Mark E. McKane (SBN 230552)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104-1501
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Attorneys for Defendant
RONALD K. NOBLE

Hristo K. Bijev (SBN 216521)
Attorney at Law
2100 Tulare Street, Suite, 407
Fresno, CA  93721
Telephone:     (559) 264-6585
Facsimile:     (559) 264-6611

Attorney for Plaintiff
AR INTERNATIONAL ANTI-FRAUD SYSTEMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AR International Anti-Fraud Systems, <br><br>    Plaintiff, <br><br> vs. <br><br> Interpol Pretoria; Awie Schreuder, Jaimes Taylor, Nilton Mendes, J.C.L. Mynhart, Jackie Selebi, Ron Knoble, Ralf Mutschke, Martin Hall, Martin Renkiewiez, and DOES 1 through 50 <br><br>    Defendants. | Case No. 1:08-cv-01301-LJO-SMS <br><br> **STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT ;** <br><br> **ORDER** |

    Pursuant to E.D. Cal. Civil L.R. 6-144, Plaintiff AR International Anti-Fraud Systems, appearing through its counsel, and Defendant Ronald K. Noble, Secretary General of INTERPOL, appearing solely for the limited purpose of this stipulation, hereby stipulate that:

    1.    Defendant Noble shall have until March 10, 2009 to move or otherwise respond to the Complaint.

---

PDF created with pdfFactory trial version www.pdffactory.com

For Defendant RONALD K. NOBLE:

DATED: January 19, 2009						KIRKLAND & ELLIS LLP

							By    */s/ Mark E. McKane*
								James F. Basile
								Mark E. McKane

For Plaintiff AR INTERNATIONAL ANTI-FRAUD SYSTEMS:

DATED: January 19, 2009						*/s/ Hristo K. Bijev*
								Hristo K. Bijev

**IT IS SO ORDERED:**

DATED:   1/23/2009						/s/ Sandra M. Snyder
								Honorable Sandra M. Snyder
								United States Magistrate Judge

2

PDF created with pdfFactory trial version www.pdffactory.com