Patrick M. Ryan (CA Bar No. 203215)
Krista M. Enns (CA Bar No. 206430)
Sean D. Meenan (CA Bar No. 260466)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:      415-591-1400
pryan@winston.com
kenns@winston.com
smeenan@winston.com

Attorneys for Defendants Interpol Pretoria and Jaimes Taylor

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| AR International Anti-Fraud Systems, ) | **Case No. 1:08-cv-01301-LJO-SMS** |
| ) | |
| Plaintiff, ) | **ORDER GRANTING *EX PARTE* APPLICATION FOR AN INITIAL EXTENSION OF TIME FOR DEFENDANTS INTERPOL PRETORIA AND JAIMES TAYLOR TO RESPOND TO COMPLAINT** |
| ) | |
| v. ) | |
| ) | |
| Interpol Pretoria, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN INITIAL EXTENSION OF TIME
FOR INTERPOL PRETORIA AND JAIMES TAYLOR TO RESPOND TO COMPLAINT (08-1301 [LJO/SMS])

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing, Defendants Interpol Pretoria and Jaimes Taylor have until March 14, 2009 to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

Dated:  1/30/2009                                    /s/ Sandra M. Snyder

United States Magistrate Judge Sandra M. Snyder

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894

-1-

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN INITIAL EXTENSION OF TIME
FOR INTERPOL PRETORIA AND JAIMES TAYLOR TO RESPOND TO COMPLAINT (08-1301 [LJO/SMS])

PDF created with pdfFactory trial version www.pdffactory.com