IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A R INTERNATIONAL ANTI-FRAUD SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PERTORIA NATIONAL CENTRAL BUREAU OF INTERPOL, et al. <br><br> Defendants. | CASE NO. CV F 08-1301 LJO SMS <br><br> **ORDER TO DENY AS MOOT DEFENDANT'S MOTION TO DISMISS AND TO DISMISS CERTAIN DEFENDANTS** <br> (Doc. 16) |

On February 2, 2009, defendants Interpol Pretoria, Nilton Mendes and Jaimes Taylor (collectively referred to as "Interpol Pretoria") moved to dismiss plaintiff A.R. International Anti-Fraud Systems, Inc.'s ("A.R. International's") complaint, pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3), 12(b)(5), and 12(b)(6). Interpol Pretoria further moved to quash the service of summons and to dismiss on the grounds of forum non conveniens. Through an "amended motion," filed on February 12, 2009, A.R. International voluntarily dismissed nine of the ten defendants named in the complaint. A.R. International filed a first amended complaint on February 18, 2009, pursuant to Fed. R. Civ. P. 15(a).

Erroneously styled as a "motion to quash," A.R. International moves to dismiss as moot Interpol Pretoria's motion to dismiss. An amended complaint supercedes the original complaint, and this Court treats A.R. International's original complaint as withdrawn. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th

Cir. 1992). Accordingly, Interpol Pretoria's motion to dismiss A.R. International's superceded complaint is moot.

Erroneously styled as an "amended motion to dismiss," A.R. International voluntarily dismissed nine of the ten originally-named defendants. A plaintiff has the right to amend its complaint once "as a matter of course" any time before an answer is filed and served. Fed. R. Civ. P. 15(a)(1()A). Accordingly, this Court dismisses the defendants in this action.

For the foregoing reasons, this Court:

1. DENIES as moot Interpol Pretoria's motion to dismiss A.R. International's original complaint and to quash service of summons (Doc. 19);

2. DISMISSES with prejudices and TERMINATES the following defendants, pursuant to A.R. International's voluntary dismissal: (1) Awie Schrueder, (2) Jaimes Taylor; (3) Nilton Mendes; (4) J.C.L. Mynhart; (5) Jackie Selebi; (6) Ron K. Noble; (7) Ralf Mutschke, (8) Martin Hall; and (9) Martin Renkiewiez;

3. ORDERS Interpol Pretoria, **no later than March 13, 2009**, to file either: (1) a motion to dismiss the first amended complaint and/or motion to quash; or, (2) a responsive pleading;

4. ADMONISHES A.R. International's counsel to use the appropriate title and event when using this Court's electronic filing system. If you need assistance, please contact the CM/ECF help desk at 866-884-5444, or refer to the CM/ECF User's Manual on the Court's website;

5. DIRECTS the clerk of court to terminate the erroneously-filed motions (Docs. 22, 24); and

6. VACATES the March 9, 2009 hearing on the motions.

IT IS SO ORDERED.

**Dated:    February 19, 2009                /s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

2