HRISTO K. BIJEV (CA Bar No. 216521)
Attorney at Law
2100 Tulare Street, Suite 407
Fresno, CA 93721
Telephone: (559) 264-6585
Facsimile: (559) 264.6611
hbijev@hotmail.com

Patrick M. Ryan (CA Bar No. 203215)
Krista M. Enns (CA Bar No. 206430)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
pryan@winston.com
kenns@winston.com

Attorneys for Defendant Interpol Pretoria

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| AR International Anti-Fraud Systems, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Interpol Pretoria, *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Case No. 1:08-cv-01301-LJO-SMS** <br><br> **STIPULATION AND ORDER CONTINUING RESPONSE DATE FOR INTERPOL PRETORIA** <br><br> Judge: Hon. Lawrence J. O'Neill <br><br> Complaint filed: September 2, 2008 <br> Amended: February 18, 2009 |

| | |
|---|---|
| 1 | Plaintiff AR International Anti-Fraud Systems, Inc. and Defendant Interpol Pretoria hereby |
| 2 | file this stipulation and proposed order requesting that Interpol Pretoria's due date to respond to the |
| 3 | Amended Complaint be continued until May 20, 2009, so that the Parties can engage in substantive |
| 4 | settlement negotiations.  In support of their request, the parties stipulate as follows: |

**Recitals**

WHEREAS, Plaintiff AR International Anti-Fraud Systems, Inc. filed the Complaint on September 2, 2008;

WHEREAS, the Complaint named 10 defendants;

WHEREAS Defendants Interpol Pretoria, Jaimes Taylor, and Nilton Mendes filed a Motion to Dismiss the Complaint on February 2, 2009;

WHEREAS, Plaintiff AR International Anti-Fraud Systems, Inc. dismissed with prejudice all defendants except Interpol Pretoria on February 12, 2009;

WHEREAS, Plaintiff AR International Anti-Fraud Systems, Inc. filed its Amended Complaint against Interpol Pretoria on February 18, 2009;

WHEREAS, pursuant to Magistrate Judge Snyder's February 2, 2009 Order, Interpol Pretoria had until March 14, 2009 to answer or otherwise respond to the Complaint and by operation of the Federal Rules, has until March 14, 2009 to answer or otherwise respond to the Amended Complaint;

WHEREAS, the parties have now had the opportunity to further gain information and develop facts that may aid in the amicable resolution of this matter, but additional factual investigation is necessary, so that the parties may make an informed decision on the possible settlement of this action;

WHEREAS, the parties believe that a continuance of the response date will facilitate potential early settlement of this action as it will mitigate the costs of litigation and allow the parties to perform additional factual investigation without the immediate press of litigation deadlines;

WHEREAS, the parties believe that the requested continuance will conserve the resources of the Court and the parties;

WHEREAS, the parties are engaging in settlement negations between themselves;

**Stipulation**

NOW THEREFORE, IT IS STIPULATED AND AGREED THAT:

1. Interpol Pretoria has until May 20, 2009, to answer or otherwise respond to the Amended Complaint in this action.

2. The Initial Scheduling Conference in this action will be held no earlier than 45 days after Defendant Interpol Pretoria answers or otherwise responds to the Amended Complaint, if that is necessary.

Dated: March 12, 2009

Respectfully submitted,

WINSTON & STRAWN LLP

By  */s/ Patrick M. Ryan*
PATRICK M. RYAN
Attorneys for Defendant
INTERPOL PRETORIA

Dated: March 12, 2009

HRISTO K. BIJEV, INC.

By  */s/ Hristo K. Bijev*
HRISTO K. BIJEV
Attorneys for Plaintiff
AR INTERNATIONAL ANTI-FRAUD SYSTEMS, INC.

**ATTESTATION**

I hereby attest that Hristo K. Bijev, counsel for Plaintiff, authorized me to use his conformed signature (*/s/*) within this e-filed document.

*/s/ Patrick M. Ryan*
Patrick M. Ryan

1 **ORDER**

2 **AS STIPULATED, IT IS SO ORDERED.**

3

4 Dated: March 13, 2009          /s/ Lawrence J. O'Neill

5                                United States District Judge Lawrence J. O'Neill